In the Matter of the Petition of Douglas L. MacMahon, Respondent, for an Order Pursuant to the Provisions of the Election Law to Relieve Him of a Technical Default in Filing a Declination of the Designation for the Democratic Nomination for Senator in the 11th Senatorial District, Kings County. The Board of Elections of the City of New York and S. Howard Cohen and Others, Constituting the Members Thereof, Appellants.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of Stanley F. Nagiel, Respondent, to Strike Out the Petitions of George E. Laukaitis, George F. Schreiner, Stephen Andreski, Catherine Andreski, William F. Cooley, Jr., Thomas McCarney and Joseph Lancucki, as Candidates for County Committee for the 48th Election District of the Second Assembly District in the County of Queens. George E. Laukaitis, Appellant. In the Matter of the Application of Helen M. Eul, Respondent, to Strike Out the Petitions of Joseph A. Kania, John Jarzembowski, John Kobel, Sophie Paliwoda, Stephen Cheslak, Anna Grabowski, Stanley Chyczewski and Felix Kowalinski, as Candidates for County Committee for the 47th Election District of the Second Assembly District in the County of Queens. Joseph A. Kania, Appellant.— Orders reversed on the law, without costs, and motions denied, without costs. Section 135 of the Election Law requires that designating petitions for party nominations or election to party position at a primary election shall be numbered consecutively, beginning with number one, at the foot of each page. Such requirement is directory, not mandatory. There was no claim of actual fraud. Carswell, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., dissents and votes to affirm, being of the opinion that the provision of section 135 of the Election Law under consideration is mandatory. Its evident purpose is to safeguard against fraud. A failure to comply makes the petition invalid without proof of fraud in fact.

In the Matter of the Objection of Catherine Paradis, Objector-Appellant, to the Designating Petition Filed with the Board of Elections of the City of New York Purporting to Designate George T. Shannon, Mary Doyle, Louis Lipshitz, Theresa Ford, as Candidates for the County Committee in the 76th Election District of the Fourth Assembly District, County of Queens, City and State of New York, for the Election to Be Held on September 20, 1938. Board of Elections of the City of New York, Respondent.— Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of Felix D. Ruocco, Objector-Appellant, to the Designating Petitions Filed with the Board of Elections of the City of